C. ROBERT SARCONE v.
ATLANTIC COUNTY REPUBLICAN COMMITTEE.

May 17, 1977. Petition for certification denied.

PAUL T. JORDAN v. LAWRENCE R. OLSON.

May 17, 1977. Petition for certification denied.

ALENE S. AMMOND v. MICHAEL KEATING.

May 17, 1977. Petition for certification denied. (See 150 *N. J. Super.* 5)

RAY GARRAMONE v. NICHOLAS V. CAPUTO.

May 17, 1977. Petition for certification denied. (See 149 *N. J. Super.* 582)

WILLIAM STEINER v. SOLOMON GUTTMAN.

May 17, 1977. Petition for certification granted and judgment of the Appellate Division summarily reversed and judgment of the trial court is reinstated.